FILED

APR 17 2017

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIELA VARGAS,<br><br>Defendant | Case No.: 16CR2789-CAB<br><br>**ORDER GRANTING MOTION TO DISMISS COUNT 1 OF THE INFORMATION**<br><br>The Honorable Cathy Ann Bencivengo |

Upon motion of the United States and for good cause shown,

IT IS ORDERED that the Motion to Dismiss Count 1 of the Information be granted. Count 1 is dismissed with prejudice.

SO ORDERED.

Dated: April 14, 2017

_____
THE HONORABLE CATHY ANN BENCIVENGO
United States District Judge